Decided December 2, 1997

STATE OF CONNECTICUT *v.* KEITH BRASWELL

The defendant's petition for certification for appeal from the Appellate Court, 47 Conn. App. 904 (AC 15025), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

*Lori Welch-Rubin,* in support of the petition.

*Mary H. Lesser,* assistant state's attorney, in opposition.

Decided December 2, 1997